# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| WINSTON SMITH, DUANE NELSON, JEROME JONES, and FRED DEAN, individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>QUALITY CARRIERS, INC.,<br><br>　　Defendant. | CASE NO.: 8:24-cv-02815-VMC-AAS |

## NOTICE OF CASE RESOLUTION

Pursuant to Local Rule 3.09(a), the Parties hereby notify the Court that they have reached a settlement in this matter. The parties are in the process of finalizing the settlement paperwork and, given the existence of an FLSA claim in the case, a Motion for Settlement Approval, which they intend to file by February 27.

| | |
|---|---|
| Dated: February 17, 2026 | Respectfully submitted, |

/s/ *Harold L. Lichten  w/permission*
Harold L. Lichten (*pro hac vice*)
Olena Savytska (*pro hac vice*)
Jack Bartholet *(pro hac vice)*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St. Suite 2000
Boston, MA 02116
(617) 994 5800
hlichten@llrlaw.com
osavytska@llrlaw.com
jbartholet@llrlaw.com

Jason L. Gunter
Conor P. Foley
GUNTERFIRM
2165 W. First St., #104
Fort Myers, FL 33901
Tel: 239.334.7017
Jason@GunterFirm.com
Conor@GunterFirm.com

Ravi Sattiraju (*pro hac vice*)
SATTIRAJU & THARNEY, LLP
50 Millstone Road
Building 300, Suite 202
East Windsor, New Jersey 08520
Tel: (609) 469-2110
Fax: (609) 228-5649
rsattiraju@s-tlawfirm.com

*Attorneys for Plaintiffs*

/s/ *Andrew J. Butcher*
Charles Andrewscavage (*pro hac vice*)
Andrew J. Butcher (*pro hac vice*)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 W Monroe Street, Suite 1600
Chicago, IL 60603
Tel: (312) 255-7172
Fax: (312) 422-1224
candrewscavage@scopelitis.com
abutcher@scopelitis.com

Cullan E. Jones
FORD & HARRISON, LLP
401 E. Jackson Street, Suite 2500
Tampa, FL 33602
Tel: (813) 261-7800
Fax: (813) 261-7899
cjones@fordharrison.com

*Attorneys for Defendant
Quality Carriers, Inc.*

4926-7102-9904, v. 3